Caproni, V.

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
EXPORT DEVELOPMENT CANADA,           :    14-CV-1667 (VEC)
                                     :
                    Plaintiff,       :
                                     :
        vs.                          :    **STIPULATION**
                                     :
MARSH US CONSUMER, A SERVICE OF      :
SEABURY & SMITH, INC.,               :
                                     :
                    Defendant.       :
---------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned, that:

1. The time for defendant Marsh US Consumer, a Service of Seabury & Smith, Inc., to move, answer or otherwise appear with respect to the Summons and Complaint in this action is hereby extended to and including May 15, 2014.

2. This Stipulation may be executed in counterparts, all of which when read together, shall constitute the entire Stipulation.

3. For purposes of this Stipulation, signatures transmitted by facsimile or email shall be deemed original signatures.

Dated: New York, New York
       March 31, 2014

| | |
|---|---|
| PEARL COHEN ZEDEK LATZER BARATZ LLP<br>Attorneys for Plaintiff | SEYFARTH SHAW LLP<br>Attorneys for Defendant |
| By: _____<br>Clyde A. Shuman (CS 6351)<br>1500 Broadway, 12th Floor<br>New York, New York 10036<br>Tel. No.: (646) 878-0800<br>Fax No.: (646) 878-0801 | By: _____<br>Jay W. Cho (JC 0102)<br>620 Eighth Avenue<br>New York, New York 10018<br>Tel. No.: (212) 218-5255<br>Fax No.: (212) 218-5526 |

Defendant's time to move, answer, or otherwise respond to the Summons and Complaint is extended to and including May 15, 2014. Defendant's counsel is required to appear at the initial pretrial conference on May 5, 2014, at 2:00 p.m., and to consult with Plaintiff's counsel on all materials required by this Court's March 24, 2014 Order.

Date: April 1, 2014

SO ORDERED.

*Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE